# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

AUSTIN DEAN SCHILLING

VERSUS

TURNER INDUSTRIES GROUP,
L.L.C., BARNHART CRANE &
RIGGINGS CO. AND ANGUS
CHEMICAL COMPANY

NO.  2020 CW 0689

**NOVEMBER 09, 2020**

---

In Re:     Barnhart Crane & Rigging Co., applying for supervisory
           writs, 19th Judicial District Court, Parish of East
           Baton Rouge, No. 669043.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include
a copy of the plaintiff's opposition and exhibit filed in
response to relator's motion for summary judgment. Therefore,
the writ application fails to comply with the Uniform Rules of
Louisiana Courts of Appeal, Rule 4-5(C)(9).

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
      FOR THE COURT